UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSUMER FINANCIAL<br>PROTECTION BUREAU,<br><br>   Petitioner,<br><br>  v.<br><br>ACCREDITING COUNCIL FOR<br>INDEPENDENT COLLEGES AND<br>SCHOOLS,<br><br>   Respondent. | Civil Case No. 15-1838 (RJL) |

**ORDER**
(April 21, 2016)

**FILED**
APR 21 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

For the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby

**ORDERED** that the Consumer Financial Protection Bureau's Petition to Enforce Civil Investigative Demand [Dkt. #1] is **DENIED**; and it is further

**ORDERED** that this case is **DISMISSED**.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge